**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 23-1004**

────────────

MICHAEL MCCLOUD,

       Plaintiff - Appellant,

   v.

CRISTELLA RICE; NEWPORT NEWS REDEVELOPMENT & HOUSING AUTHORITY,

       Defendants - Appellees,

   and

MARCIA L. FUDGE, Secretary of HUD; KELLY BRUNSON; STUART GARDENS ASSOCIATES LIMITED PARTNERSHIP,

       Defendants.

────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, Chief District Judge.  (4:20-cv-00004-MSD-RJK)

────────────

Submitted:  September 28, 2023                    Decided:  October 4, 2023

────────────

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Michael McCloud, Appellant Pro Se. Matthew D. Meadows, JONES, BLECHMAN, WOLTZ & KELLY, PC, Newport News, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael McCloud appeals the district court's order granting summary judgment to Defendants in McCloud's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Specifically, we conclude that McCloud failed to demonstrate that Defendants violated his due process rights as a matter of law because he had no constitutionally protected property or liberty interest in his application for a Section 8 housing voucher. *See, e.g.*, *Phelps v. Hous. Auth. of Woodruff*, 742 F.2d 816, 822-23 (4th Cir. 1984). Defendants were therefore entitled to summary judgment on McCloud's claims. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*